UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Dorothy E. Guinan )
)
Plaintiff, )
)
)   Civil Action No. 05-10805 DPW
)
v. )   RECEIPT # 63712
)   AMOUNT $ 250.00
)   SUMMONS ISSUED 3
Boston College, James P. )   LOCAL RULE 4.1 —
McIntyre, and Tracey E. Lapan, )   WAIVER FORM —
)   MCF ISSUED —
Defendants. )   BY DPTY. CLK. MP
)   DATE 4/22/05

### COMPLAINT AND JURY DEMAND

MAGISTRATE JUDGE JGD

### PARTIES

1. The Plaintiff, Dorothy E. Guinan ("Guinan") is an individual, at all times herein relevant over forty years old and a resident of West Roxbury, Suffolk County of the Commonwealth of Massachusetts.

2. The Defendant, Boston College ("BC"), is an entity doing, transacting and/or soliciting business in the Commonwealth of Massachusetts as well as outside the Commonwealth, and has its principal place of business in Suffolk County at 140 Commonwealth Avenue, Chestnut Hill, MA 02467. BC is an entity doing business that employs more than 600 faculty members and with an enrollment of more than 14,000 students drawn from all 50 states and 99 countries. BC is a member of the NCAA and its sports teams compete nationally representing BC. BC recruits both athlete students and non-athlete students within the Commonwealth and outside in the various United States, as well as abroad. BC's endowment fund exceeds one billion U.S. dollars.

3. The Defendant, James P. McIntyre ("McIntyre"), at all times relevant herein is an employee agent of BC serving as the Senior Vice President, and runs the Office of the Senior Vice President.

4. The Defendant, Tracey E. Lapan ("Lapan"), at all times relevant herein is an employee agent of BC serving as the Assistant to McIntyre and is in charge of and manages the Office of the Senior Vice President.

## FACTS

5. Plaintiff repeats, re-alleges and incorporates fully herein all the allegations contained in paragraphs 1 through 4 of the Complaint.

6. Guinan, was hired by BC, through its agent McIntyre as a secretary for the Office of the Senior Vice President.

7. Guinan began working as a secretary for the Office of Senior Vice President at BC on February 28, 2000.

8. Guinan is a middle aged-woman, a widow, and a single mother.

9. Guinan was hired by BC, through its agent McIntyre, with the employment agreement that she would have a flexible work schedule, especially in regards to arriving a few minutes late because she had to transport her seven year old son to school and camps in the summer.

10. Lapan was Guinan's direct supervisor during all relevant times herein.

11. Guinan's duties as secretary, specifically those for which she was hired to perform, consisted mainly of listening to McIntyre's dictation and transcribing it.

12. Guinan was accused of unexcused absences and unexcused tardiness by BC, through its employee Lapan.

13. Guinan's absences from work were not unexcused because Guinan was absent during approved vacation time.

14. Guinan was not tardy to work because the employment agreement between Guinan and BC included a flexible work schedule. Specifically, Guinan's employment agreement with BC allowed time for Guinan to bring her son to school and summer camp.

15. Guinan was accused by BC, through its agent Lapan, of making grammatical and structural errors in McIntyre's correspondence.

16. Guinan however, did not compose any work on her own, but rather transcribed what McIntyre dictated, as per the job that Guinan was hired by BC to perform.

17. The word processing program that Guinan used to transcribe McIntyre's dictation corrected grammatical errors automatically.

18. Proofreading text is a particular strength of Guinan as she formerly worked as a proofreader at the Boston Herald.

19. Guinan was discharged by BC, through its agent McIntyre, on August 29, 2000.

20. Guinan subsequently was hired and went to work as a proofreader for the second largest advertiser in the City of Boston.

21. BC, through its agents McIntyre and Lapan, did replace Guinan with a BC student who is more than five years younger than Guinan.

## COUNT I
### (The Age Discrimination Employment Act of 1967 ("ADEA"))

22. Plaintiff repeats, re-alleges and incorporates fully herein all the allegations contained in paragraphs 1 through 21 of the Complaint.

23. It is unlawful, as defined by ADEA, for BC, through its agent's McIntyre and Lapen to discharge any individual or otherwise discriminate against any individual with respect to her conditions, or privileges of employment, because of such individual's age.

24. Guinan was discharged by her employer BC, through its agent McIntyre because of her age.

25. Lapan created an atmosphere that was hostile to middle-aged working women.

26. Lapan told Guinan that McIntyre preferred a "clone" of herself.

27. Lapan, at all relevant times herein, is a young woman in her twenties with no children.

28. "Buzz words" were used around the Office of the Senior Vice President when referring to Guinan's circumstances such as "not a good fit", "generational differences", "clone", and "mother's hours", all with the not so hidden meaning that middle-aged working mothers did not "fit in".

29. As a result of being discriminated against because of her age, Guinan sustained injuries of body and mind, and has required, and will continue to require medical treatment and care, for which she has been obliged to expend money for treatment.

30. As a result of BC's, McIntyres', and Lapan's discrimination practices in violation of ADEA in this matter, Guinan is entitled to damages in an amount to be proven at trial.

## COUNT II
### (Title VII of the Civil Rights Act of 1964 ("Title VII"))

31. Plaintiff repeats, re-alleges and incorporates fully herein all the allegations contained in paragraphs 1 through 30 of the Complaint.

32. It is unlawful, as defined by Title VII, for BC, through its agents McIntyre and Lapen to discharge any individual, or to otherwise discriminate against any individual with respect to her terms, conditions, or privileges of employment, because of such individual's sex.

33. Guinan was discharged by her employer BC, through its agent McIntyre because she is a middle-aged woman.

34. Lapan told Guinan that McIntyre preferred either a male employee or a "clone" of herself.

35. As a result of being discriminated against because of her sex, Guinan sustained injuries of body and mind, and has required, and will continue to require medical treatment and care, for which she has been obliged to expend money for treatment.

36. As a result of BC's, McIntyres', and Lapan's discrimination practices in violation of Title VII in this matter, Guinan is entitled to damages in an amount to be proven at trial.

## COUNT III
### (M.G.L. Chapter 151B ("151B"))

37. Plaintiff repeats, re-alleges and incorporates fully herein all the allegations contained in paragraphs 1 through 36 of the Complaint.

38. The Court has Subject Matter Jurisdiction to hear this claim under the Federal Supplemental Statute as defined by 28 USC 1367, where the plaintiff may bring this state based claim as it derives from a common nucleus of operative fact as Counts I and II of this Complaint. Counts I and II of this Complaint are both claims that are brought under Federal Statutes.

39. It is unlawful, as defined by 151B, for BC, through its agents McIntyre and Lapen to discharge an individual from employment, or to discriminate against such individual in respect to terms, conditions or privileges of employment, unless based upon a bona fide occupational qualification.

40. As a result of being discriminated against because of her age and sex, Guinan sustained injuries of body and mind, and has required, and will continue to require

medical treatment and care, for which she has been obliged to expend money for treatment.

41. As a result of BC's, McIntyres', and Lapan's discrimination practices in violation of 151B in this matter, Guinan is entitled to damages in an amount to be proven at trial.

WHEREFORE, Guinan respectfully requests that this Court:

A. Enter an order of judgment, in all counts, in favor of Plaintiff and against Defendants in an amount to be determined at trial;

B. Grant such other and further relief as the Court deems just and proper.

### JURY DEMAND

Guinan respectfully demands a trial by jury on all Counts so triable.

Respectfully Submitted,
DOROTHY GUINAN

By her attorney,

4/20/05
Date

Patrick K.B. Tracy, Esquire
One Boston Place, Suite 3615
Boston, MA 02108
(617) 227-7139
BBO#501340

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Guinan V. Boston College__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☐ I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ☐ II. 195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
       740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.              for patent, trademark or copyright cases

   ☐ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
       315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
       380, 385, 450, 891.

   ☒ IV. 220, 422, 423, 430, 460, 480, 490, 610, 620, 630, 640, 650, 660,
       690, 810, 861-865, 870, 871, 875, 900.

   ☐ V. 150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
                                                                 YES ☐    NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
                                                                 YES ☐    NO ☒
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
                                                                 YES ☐    NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
                                                                 YES ☐    NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
                                                                 YES ☒    NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☒    Central Division ☐    Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐    Central Division ☐    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
                                                                 YES ☐    NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Patrick KB Tracy__
ADDRESS __One Boston Place, Suite 3615 Boston, MA 02108__
TELEPHONE NO. __(617) 227-7139__

(CategoryForm.wpd - 2/15/05)

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

**DEFENDANTS**

(b) County of Residence of First Listed Plaintiff: **Suffolk**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Suffolk**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number):
Law Offices of Patrick K B Tivnan
One Boston Place, Suite 3615
Boston, MA 02108  (617) 227-7139

Attorneys (If Known): **05 10805 DPW**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS —Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
ADEA, Title VII of the Civil Rights Act of 1964
Brief description of cause: Discrimination based upon age and sex

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE: 4/22/05
SIGNATURE OF ATTORNEY OF RECORD: Patrick K B Tivnan

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____