## Notice of Lawsuit and Request for Waiver of Service of Summons

TO:   John B. Johnson, Esquire, attorney for Boston College, James P. McIntyre, and Tracy E. Lappan.

A lawsuit has been commenced against Boston College, James P. McIntyre, and Tracy E. Lappan. Four copies of the Complaint are attached to this notice. It has been filed in the United States District Court for the District of Massachusetts and has been assigned docket number 05 10805 DPW.

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving Boston College, James P. McIntyre, and Tracy E. Lappan with a judicial summons. The cost of service will be avoided if I receive a signed copy of the waiver with **30** days after the date designated below as the date on which the Notice and Request is sent. I have enclosed a stamped and addressed envelope for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on Boston College, James P. McIntyre, and Tracy E. Lappan. The action will then proceed as if Boston College, James P. McIntyre, and Tracy E. Lappan had been served on the date the waiver was filed, except that you will not be obligated to answer the Complaint before 60 days from the date designated below as the date on which this notice is sent.

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the Court to require Boston College, James P. McIntyre, and Tracy E. Lappan to pay the full costs of such service. In that connection, please read the statement concerning the duties of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

I affirm that this request is being sent to you on behalf of the Plaintiff, this 10th day of June, 2005.

Patrick K.B. Tracy

Delivered In Hand
Geoff Kringanis's (to Tracy)
Law Offices of Patrick Tracy