# PATRICK K. B. TRACY
## ATTORNEY AT LAW

55 Court Street, Suite 510
Boston, Massachusetts
02108

617-227-7139
800-716-7482
Fax: 617-742-1424

August 15, 2005

United States District Court
1 Courthouse Way
Boston, MA 02202

Re: Dorothy E. Guinan v. Boston College, et al
Civil Action No: 05 10805 DPW

Dear Clerk:

Please be advised that my office has attempted to have a Summons and Complaint served upon Tracey Lapan, a named defendant in the above named civil action. The Summons lists both her former name, and her married name, Tracey Elizabeth McDevitt.

Unfortunately, both my office and the Constable whom we hired to serve the Summons and Complaint are unable to locate Ms. Lapan. At this time, we respectfully request that the time limit to effect service be extended.

Enclosed, please find a copy of the Summons and Complaint which shows our attempt to serve.

Thank you in advance.

Very Truly Yours,

Patrick K. B. Tracy, Esquire

Enclosures
PKT/gnk

# UNITED STATES DISTRICT COURT

District of  Massachusetts

Dorothy E. Guinan
    Plaintiff,

V.

Boston College, James P. McIntyre, and Tracey E. Lapan,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 10805 DPW**

TO: (Name and address of Defendant)

Tracey Elizabeth McDevitt
(Formerly Tracey Elizabeth Lapan)
1959 Commonwealth Avenue
Brighton, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick K.B. Tracy
55 Court Street, Suite 510
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                          APR 2 2 2005

CLERK                                 DATE

(By) DEPUTY CLERK

RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE |
| NAME OF SERVER | TITLE  Process Server / A Disinterested Person |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☐ Other: By handing true and attested copies thereof to _____
Duly Authorized Agent for the within-named _____
Said service was made at:
_____, MASSACHUSETTS

STATEMENT OF SERVICE FEES

SERVICE FEE $ _____   _____ Trips

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                     Date                              Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

ADDITIONAL INFORMATION
   PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| 7/23/05 | 2:00p.m. | No service at 1959 Commonwealth Ave., Brighton, Ma. - Said address is a 6-unit apt. bldg. and Tracey Elizabeth McDevitt and Tracey Elizabeth Lapan were not listed....Verizon has no listing for Tracey Elizabeth McDevitt in Brighton, Ma. or any McDevitt at Commonwealth Ave., Brighton, Ma. or any Lapan in Brighton, Ma.................................................................................................. | $ _____ $ _____ $ _____ $ _____ |
| | | Your Office instructed Process Server to cease and desist any further attempts until further instructions. | $ _____ |
| | | **DUE & DILIGENT ATTEMPT: $ 24.00** | $ _____ |
| | | TOTAL | $ _____ |

1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**      One Devonshire Place      Telephone # (617) 720-5733
Massachusetts Constables since 1925   Boston, MA 02109          Fax #        (617) 720-5737