UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOROTHY GUINAN,<br>Plaintiff,<br><br>v.<br><br>BOSTON COLLEGE, JAMES P.<br>MCINTYRE, and TRACEY LAPAN,<br>Defendants. | )<br>)<br>)<br>)<br>)   C.A. No. 05-10805DPW<br>)<br>)<br>)<br>)<br>) |

## JOINT PROPOSED PRE-TRIAL SCHEDULE

In accordance with LR 16.1(D), the parties jointly submit the following proposed

schedule with respect to discovery events and motions:

1. Initial Disclosures, pursuant to Rule 26(a)(1), to be exchanged on or before November 2, 2005;
2. Amendments to pleadings – to be filed by November 15, 2005;
3. Service of written discovery requests – to be filed by December 15, 2005;
4. Responses to written discovery – to be filed by February 15, 2006;
5. Depositions of Factual Witnesses – to be completed by March 15, 2006;
6. Identification of plaintiffs' experts and production of their reports – by February 1, 2006;
7. Identification of defendant's experts and production of their reports – by March 1, 2006;
8. Depositions of expert witnesses – to be taken between March 10 and April 30, 2006;
9. All discovery to be completed by April 30, 2006;
10. Motions for summary judgment – to be filed on or before May 30, 2006;
11. Opposition to motions for summary judgment – to be filed on or before June 21, 2006;

The plaintiff,
by her attorney

Patrick K.B. Tracy (JJB)

Patrick K.B. Tracy
55 Court Street
Suite 510
Boston, MA 02108
(617) 227-7139
BBO No. 501340

The defendant,
by its attorney

John B. Johnson

John B. Johnson
Corrigan, Johnson & Tutor, P.A.
141 Tremont Street
Boston, MA 02111
(617) 338-0075
BBO No. 252580

## CERTIFICATION OF BOSTON COUNSEL, JAMES MCINTYRE AND COUNSEL

We, the undersigned, hereby certify that, as a prelude to the court's scheduling conference set for October 18, 2005, we have conferred regarding the potential budget for this litigation, and we have also conferred regarding the use of alternative dispute resolution programs in this matter.

Signed under the penalties of perjury this 11th day of October, 2005.

John B. Johnson, Esq.
Corrigan, Johnson & Tutor, P.A.
141 Tremont Street
Boston, MA 02111
(617) 338-0075
BBO No. 252580
Attorney for Boston College and
James McIntyre

Michael J. Prinn
Director of Risk Management
Boston College
140 Commonwealth Avenue
Chestnut Hill, MA 02167
On Behalf of Boston College and
James McIntyre

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Dorothy E. Guinan,
　　　　　Plaintiff,

v.                                            Civil No. 05 10805 DPW

Boston College, James P.
McIntyre, and Tracey E. Lapan

Defendants.

### CERTIFICATION PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE
### 16.1(d)(3)

This is to certify that plaintiff's counsel and plaintiff have conferred:

(A) With a view to establishing a budget for the costs of conducting the full
course and various alternative courses of the litigation; and

(B) To consider the resolution of the litigation through the use of alternative
dispute resolution programs such as those outlined in Local Rule 16.4.

Signed under the pains and penalties of perjury this ___10th___ day of October, 2005.


_____          _____
Patrick K.B. Tracy, Esquire              Dorothy E. Guinan
BBO# 501340                              67 Mount Vernon Street
Law Offices of Patrick K.B. Tracy        West Roxbury, MA 03132
55 Court Street, Suite 510               (617)325-2830
Boston, MA 02108                         (617)259-0261
(617) 227-7139
(617) 742-1424 Facsimile
Attorney for Plaintiff, Dorothy E. Guinan