UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOROTHY GUINAN, )
        Plaintiff, )
)
v. ) C.A. No. 05-10805DPW
)
BOSTON COLLEGE, JAMES P. )
MCINTYRE, and TRACEY LAPAN, )
        Defendants. )

## ANSWER AND JURY CLAIM OF DEFENDANT TRACEY LAPAN

In answer to each numbered paragraph and count of the plaintiff's complaint, Defendant Tracey Lapan says as follows:

1. This defendant admits the allegations of this paragraph.

2. This defendant admits the allegations of this paragraph.

3. This defendant admits the allegations of this paragraph.

4. This defendant admits that, at all relevant times, she was an employee of Boston College working as a supervisor in Defendant McIntyre's office.

5. This defendant incorporates herein by reference her answers to paragraphs 1-4 above as if each were separately rewritten and set forth herein.

6. This defendant admits that the plaintiff was hired to work in Defendant McIntyre's office as a part-time secretary. This defendant does not have sufficient information or knowledge to admit or deny the remaining allegations of this paragraph.

7. This defendant admits the allegations of this paragraph, but says that the plaintiff was hired as a part-time secretary.

8. This defendant admits that the plaintiff was a widow and single mother when hired by the defendant college. This defendant does not understand the phrase "middle-aged woman", but says that the plaintiff was 50 years old when she was hired to work at the college.

9. This defendant denies the allegations of this paragraph.

10. This defendant admits the allegations of this paragraph.

11. This defendant admits that, as a part-time secretary working in Dr. McIntyre's office, one of the plaintiff's job responsibilities involved transcribing dictation done by Defendant McIntyre.

12. This defendant denies that the plaintiff was "accused" of anything, but admits that the plaintiff was absent or tardy on numerous occasions during her employment.

13. This defendant denies the allegations of this paragraph.

14. This defendant denies the allegations of this paragraph.

15. This defendant denies that the plaintiff was "accused" of anything, but admits that the plaintiff made grammatical and structural errors in transcribing Defendant McIntyre's dictation.

16. This defendant admits that, as part of her job, the plaintiff transcribed what Defendant McIntyre dictated, and performing this work was part of the job that Guinan was hired to do. This defendant does not have sufficient information or knowledge to admit or deny the remaining allegations of this paragraph.

17. This defendant does not have sufficient information or knowledge to admit or deny the allegations of this paragraph.

18. This defendant does not have sufficient information or knowledge to admit or deny the allegations of this paragraph.

19. This defendant admits that the plaintiff's employment at the defendant college was terminated on August 29, 2000. This defendant further admits that the plaintiff was notified of this termination by Defendant McIntyre.

20. This defendant does not have sufficient information or knowledge to admit or deny the allegations of this paragraph.

21. This defendant denies the allegations of this paragraph.

## COUNT I

22. This defendant incorporates herein by reference her answers to paragraphs 1-21 above as if each were separately rewritten and set forth herein.

23. This defendant says that this paragraph does not contain any allegation of fact, but is only a statement of law. Therefore, this defendant need not respond to this paragraph.

24. This defendant denies the allegations of this paragraph.

25. This defendant denies the allegations of this paragraph.

26. This defendant denies the allegations of this paragraph.

27. This defendant admits that, at the time of this incident, she was approximately 25 years old with no children.

28. This defendant denies the allegations of this paragraph.

29. This defendant denies that she in any way discriminated against the plaintiff, including because of the plaintiff's age. This defendant does not have sufficient information or knowledge to admit or deny the remaining allegations of this paragraph.

30. This defendant denies the allegations of this paragraph.

## COUNT II

31. This defendant incorporates herein by reference her answers to paragraphs 1-30 above as if each were separately rewritten and set forth herein.

32. This defendant says that this paragraph does not contain any allegation of fact, but is a statement of law. Therefore, this defendant need not respond to this paragraph.

33. This defendant denies the allegations of this paragraph.

34. This defendant denies the allegations of this paragraph.

35. This defendant denies that she in any way discriminated against the plaintiff, including because of her sex. This defendant does not have sufficient information or knowledge to admit or deny the remaining allegations of this paragraph.

36. This defendant denies the allegations of this paragraph.

## COUNT III

37. This defendant incorporates herein by reference her answers to paragraphs 1-36 above as if each were separately rewritten and set forth herein.

38. This defendant says that this paragraph does not contain any allegation of fact, but is a statement of law. Therefore, this defendant need not respond to this paragraph.

39. This defendant says that this paragraph does not contain any allegation of fact, but is a statement of law. Therefore, this defendant need not respond to this paragraph.

40. This defendant denies that she in any way discriminated against the plaintiff, including because of the plaintiff's age and sex. This defendant does not have sufficient information or knowledge to admit or deny the remaining allegations of this paragraph.

41. This defendant denies the allegations of this paragraph.

## AFFIRMATIVE DEFENSES

And further answering, Defendant Lapan says as follows;

A. The plaintiff's cause of action in each count of her complaint is barred by the applicable statute of limitations.

B. The plaintiff's cause of action in each count of her complaint is barred by the doctrine of res judicata.

C. The plaintiff's cause of action in each count of her complaint is barred by the doctrine of collateral estoppel.

D. The plaintiff's cause of action as set forth in Count III of the complaint must be dismissed because this court lacks jurisdiction over the subject matter.

E. One or more of the claims within the plaintiff's complaint fail to state a cause of action for which this plaintiff may recover against these defendants, and therefore such claims must be dismissed.

F. Defendant Boston College says that its liability, if any, to the plaintiff is limited by the provisions of M.G.L. c. 231, §85K.

## JURY CLAIM

Defendant Lapan claims a trial by jury.

By her attorney

*/s/ John B. Johnson*

John B. Johnson
Corrigan, Johnson & Tutor, P.A.
141 Tremont Street
Boston, MA 02111
(617) 338-0075
BBO No. 252580

## CERTIFICATION

I hereby certify that a true copy of the foregoing was served by mailing a copy by regular mail to Patrick K.B. Tracy, Attorney for the plaintiff, on this 14th day of December, 2005.

_____
John B. Johnson