UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DOROTHY GUINAN,<br>            Plaintiff,<br><br>v.<br><br>BOSTON COLLEGE, JAMES P.<br>MCINTYRE, and TRACEY LAPAN,<br>            Defendants. | ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-10805DPW |

## DEFENDANTS BOSTON COLLEGE, JAMES P. MCINTYRE, AND TRACEY LAPAN'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants Boston College, James P. McIntyre, and Tracey Lapan move that summary judgment be entered in their favor in this case since there remains no genuine issue as to any material fact, and these defendants are entitled to a judgment as a matter of law.

In support of this motion, the defendants submit that attached Memorandum.

By their attorney,

John B. Johnson
Corrigan, Johnson & Tutor, P.A.
141 Tremont Street
Boston, MA 02111
(617) 338-0075
BBO No. 252580

## CERTIFICATION IN ACCORD WITH LOCAL RULE 7.1(A)(2)

I certify that, as counsel for Defendants Boston College, James McIntyre, and Tracey Lapan, I conferred with plaintiff's Attorney Patrick Tracy about this motion and attempted in good faith to resolve the issues raised in this motion, but was unable to do so.

Dated: May **30**, 2006

John B. Johnson

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for the plaintiff by hand on May 25, 2006.

Dated: May 25, 2006

John B. Johnson