UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOROTHY GUINAN,<br>    Plaintiff,<br><br>vs.<br><br>BOSTON COLLEGE, JAMES P.<br>MCINTYRE, and TRACEY LAPAN,<br>    Defendants. | )<br>)<br>)<br>)   C.A. NO.:  05-10805DPW<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

NOW COMES Matthew W. Perkins and respectfully request this Court enter his appearance as attorney for the Plaintiff, Dorothy Guinan, in the above-captioned matter.

/S/ Matthew W. Perkins
Matthew W. Perkins, BBO #564868
Lecomte, Emanuelson and Doyle
Batterymarch Park II
One Pine Hill Drive, Suite 101
Quincy, MA  02169
(617) 328-1900
(617) 328-2030 Facsimile

Dated: June 21, 2006

CERTIFICATE OF SERVICE

      I, Matthew W. Perkins, hereby certify that on this 20th day of June 2006, a true copy of the within Notice of Appearance was served, via first class mail, postage prepaid, upon:

Patrick K.B. Tracy, Esq.
55 Court Street, Suite 510
Boston, MA  02108

John B. Johnson, Esq.
Corrigan, Johnson & Tutor, PA
141 Tremont Street
Boston, MA  02111

_____
Matthew W. Perkins