UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOROTHY GUINAN, )
    Plaintiff, )
  )
vs. ) C.A. NO.: 05-10805DPW
  )
BOSTON COLLEGE, JAMES P. )
MCINTYRE, and TRACEY LAPAN, )
    Defendants. )
  )

## AFFIDAVIT OF DOROTHY GUINAN

I, Dorothy Guinan, being duly sworn, hereby make this affidavit based on my own personal knowledge.

1. I am the Plaintiff in the above captioned matter.

2. Attached hereto as Exhibit 1 are true and accurate copies of my application letter and resume submitted to Boston College.

3. Attached hereto as Exhibit 2 are true and accurate copies of the result of the typing test administered by Boston College.

4. Attached hereto as Exhibit 3 are true and accurate copies of the letters I typed on August 28, 2000.

5. During my tenure at Boston College, I was not included in social activities between Tracy Lapan and the younger work study students.

6. On rare occasions when I was late to work, I would call Ms. Lapan's secretary, Christine Murphy, and inform her that I was late.

7. Following my termination, Boston College did not immediately post my position with the Human Resources Department, but, rather, listed the position on the Student Employment page. I know this because I continuously reviewed the online listing for Boston College jobs.

8  After McIntrye terminated me, Lapan staffed my position using college age, work-study students.

Signed under the pains and penalties of perjury this 21ST day of June 2006.

_____
Dorothy Guinan

# EXHIBIT 1

int 1/26/00
@ 10:00

Dorothy E. Guinan
15 Colby Road
Roslindale, MA 02131
Tel: (617) 325-2830

December 30, 1999

Ms. Suzanne Delay
Human Resources Department
BOSTON COLLEGE
Room 315, More Hall
Chestnut Hill, Massachusetts

DEC 30'99 PM 1:16 RCVD

Re: Job Code: 216650004
Secretary II, Senior Vice President's Office – Level 5

Dear Ms. Delay:

Thank you for speaking with me this week about the position of Secretary in the Sr. Vice President's office. In this connection, I am submitting my updated resume for consideration, and would appreciate your forwarding it along to the Department responsible for filling this position.

As you can see from my resume, I've had a consistent work history, going pretty much in a straight line until a few years ago when my husband passed away during an emergency surgery. At that time my son was just turning 4 years old, so my efforts and focus switched to making sure he was settled in school, and providing for his emotional support after the loss of his father. So up until now I have not taken a permanent position, choosing instead temping and consulting, and recently working at a Newton advertising agency once or twice a week as needed. Now that my son has become a happy, healthy 7-year-old, I very much look forward to the possibility of a permanent position with Boston College. I mention this rather lengthy background information only to explain the "blip" in my work experience.

In addition to my solid business background, I have worked in situations requiring a high degree of confidentiality and discretion as Secretary to the Principal and Dean of Students at Milton Academy where some students were from well-known, public families, and as Secretary to a prominent Boston psychiatrist with a few sports and political figures as patients. These situations prepared me well for the possible delicate and confidential matters arising in an office such as this one at Boston College. Other qualities I would bring are my willingness to work hard, a professional manner, positive attitude and a good sense of humor.

I would very much welcome the opportunity to speak further about this position because I feel strongly that it would be a good "fit" for both Boston College and me. Having grown up in Brighton, I've always had a soft spot for the school (where I had a part-time job at McElroy while in high school) and continue to follow its growth and change through its new leadership, its athletic programs, and its relationship with the Brighton community.

I would appreciate an opportunity to meet with Human Resources to discuss its plans for this position and to explore further my qualifications. I can be reached at the telephone number above if you have any questions or if you require any additional information. Thank you for your consideration.

Sincerely,

*Dorothy E. Guinan*

Dorothy E. Guinan

Enclosures

<div align="center">

**DOROTHY E. GUINAN**
15 Colby Road
Roslindale, MA 02131
Tel: (617) 325-2830

</div>

**Key Strengths**

Administration, sales/marketing, organization, typing 75+ wpm, shorthand, proofreading and editing.

**Experience:**

**Consultant/Temporary Administration Ass't/Secretary 1996-Present**
Assist with secretarial, administrative, proofreading, editing. Provide back up office support at various businesses, recently at Alpha Marketing Group, Waltham, The Boston Herald, Boston, Buyer Advertising, Newton.

**Alpha Marketing Group, Waltham, MA 1994-1996, Account Executive**
Assist with marketing, advertising, public relations planning for various financial institutions – smaller banks and credit unions. Preparation, editing and proofreading of newsletters, brochures, and various material promoting their products and services. Strong focus on new business development.

**The Boston Herald, Boston, MA 1985-1994, Account Executive**
Highly successful record in advertising sales for the second largest newspaper in New England. Responsible for key retail accounts in my geographical territory. Excellent communications and interpersonal skills. Focus on customer needs. Strong in business development, servicing and expansion of existing accounts, as well as developing leads for new business. Marketing research, detailed proposals and presentations to potential new accounts and advertising agencies.

**Metromedia Television, Needham, MA 1983-1985, Programming Assistant**
Worked directly for Program Director of entire 7 major market television station group, including WCVB-TV, Needham. Compiled rating results, tracked syndicated program contracts, updated program inventories and provided secretarial and administrative assistance to VP/Programming.

**Secretary/Administrative Assistant, 1972-1983**
Provided secretarial/administrative support at the offices of **Hale and Dorr,** Boston, MA, **Milton Academy,** Milton, MA and **Robert Arnot, MD**

**Education:**
**Massachusetts Bay Community College, Wellesley, MA**
**Business/Secretarial Program**

*[handwritten:]* Computer
- MS Word
- Excell

*[handwritten:]* typing 67 wpm

# EXHIBIT 2

## Skills Summary

**Name:** Dorothy Guinan
**Applicant ID #:** 325-2830

---

**Product:** Communication Test
**Date:** Friday, December 17, 1999

| | |
|---|---|
| Gross Words Per Minute | 67 |
| Number of Errors | 5 |
| Error Rate (%) | 2 |

## Communication Test Results

**Name:** Dorothy Guinan
**Applicant ID #:** 325-2830
**Date:** Friday, December 17, 1999

## Score Summary

**Accuracy Standard was met**
  2 errors per minute allowed.

  Applicant meets the standard for accuracy

| | |
|---|---|
| **Gross Words per Minute:** | 67 |
| Total number of errors: | 5 |
| Error rate: | 2% |
| **Net Words per Minute:** | 62 |
| **Time Allotted:** | 5 minutes |
| **Time Taken:** | 5 minutes 0 seconds |

## Score Interpretation

Total gross words equals the total number of keystrokes divided by 5 (5 keystrokes = average word length).

1  To calculate gross words per minute:
Divide total gross words by the total time taken for the test and round to the nearest whole number.

2  To calculate the error rate:
Divide the number of errors by the number of total gross words. Multiply the result by 100 and round to the nearest whole number to obtain the error rate expressed as a percentage.

3  To calculate net words per minute:
Subtract the number of errors from the number of gross words per minute  NOTE: Using net scores to compare applicants is not recommended (e.g., an applicant who types more words per minute with a higher error rate cannot accurately be compared to an applicant who types fewer words per minute with no errors).

## Communication Results Continued

**Name:** Dorothy Guinan
**Applicant ID #:** 325-2830
**Date:** Friday, December 17, 1999

## Applicant's text with errors bolded

Communication is an essential part of our daily lives. We spend countless hours communicating with our family members, friends, acquaintances, coworkers, and even total strangers. Our ability to communicate effectively and persuade those around us directly affects our level of success in life. Every day, salespeople persuade their clients to buy their products, parents persuade their kids to do their chores, and a few workers even try to persuade their bosses to give them a raise. In order to persuade a listener with any degree of success, one must be a skilled communicator. There are six general rules that, if followed, will allow you to achieve your desired results through better communication.

The first rule of good <SPC> communication is to clarify your ideas before blurting out a reply. Communication can **rail** as a result of making quick judgments and neglecting to plan a response. Analyze the problem, idea, or question you are faced with and prepare an appropriate and well-thought-out response. An unclear, disorganized response can affect both the communicator and the listener. To avoid this type of problem, take a few extra seconds to formulate a clear, convincing message and your words will have a greater impact on your **lsitener**.

The second rule of good communication is understanding the true **purppose** of your message. This is achieved by asking yourself what you want from your listener and whether this desire is clearly conveyed. Make sure your listener can understand the purpose of the message and what you expect in return. Are you communicating a message that will allow you to **acheive** your desired results or is the true intent

**KEY TO SCORING**

| | |
|---|---|
| &lt;SPC&gt; | - indicates spacing error |
| &lt;OMT&gt; | - indicates omitted word |
| &lt;EXT&gt; | - indicates extra word |
| &lt;TRN&gt; | - indicates transposed words |
| &lt;    &gt; | - indicates consecutive errors |
| &lt;RTR&gt; | - indicates return error |
| **Bolded Text** | - indicates spelling or punctuation error |

# EXHIBIT 3



# BOSTON COLLEGE

OFFICE OF THE SENIOR VICE PRESIDENT

August 28, 2000

Mr. Paul J. Mahoney
7 Socrates Way
Winchester, MA 01890

Dear Paul:

I just want you to know how pleased Monica and I were to have an opportunity to see you and Doris ~~for a~~ dinner last Monday evening. As always, it was a very pleasant occasion for all of us. over

As I mentioned to you, I would be happy to meet with your children sometime after Labor Day to talk about the possibility of your family making a gift to our new capital campaign. As we mentioned, I'd be happy to meet with them, perhaps at Rocky Ledge, and then you and I could go out to lunch afterwards. — Not incorrect )

I'll plan on giving your office a call sometime in mid-September, and we'll take it from there.

Once again, Paul, assuring you of my gratitude for all that you continue to do for us, and looking forward to talking to you again soon, I remain

Sincerely,

Dr. James P. McIntyre
Senior Vice President

JPM:deg

BROCK HOUSE, 78 COLLEGE ROAD, CHESTNUT HILL, MASSACHUSETTS 02467-3837
TEL 617-552-3246 FAX 617-552-8084



# BOSTON COLLEGE

OFFICE OF THE SENIOR VICE PRESIDENT

August 28, 2000

Mr. Howard Enoch
Production Director
Robsham Theater

Dear Howard:

I very much appreciated receiving a copy of your 2000-2001 Calendar.

I note with interest that you plan to have a showing of *Oklahoma* in April. I don't know if I ever told you, but when my children were young, the Dramatic Society under Paul _____ used to put on a musical almost every year, and we used to bring all of my children annually.

Thinking ahead, I would like to see if maybe someone would like to be my guest at the showing of *Oklahoma*, perhaps on the Friday evening show, April 27th. I might be in the position to order tickets, but I don't know if there is a way of holding in advance perhaps 10 or 12 of them, which I could confirm a month or so before the production.

In any case, I want to wish you the very best for your new season and if there is some way that I could hold aside some tickets for *Oklahoma*, I'd very much appreciate it.

Sincerely,

Dr. James P. McIntyre
Senior Vice President

JPM:deg



# BOSTON COLLEGE

OFFICE OF THE SENIOR VICE PRESIDENT

August 28, 2000

Mr. Adrian Cummings
Shannon Oaks Hotel and Country Club
Portumna
Co. Galway
Ireland

Dear Adrian:

Sean Rowland just called me from Dublin to let me know that he is recommending you highly for one of his programs. He told me that I would be hearing directly from Senator McDonald regarding this.

He also said that he would plan on being in touch with you in the very near future.

Congratulations on your success! I'll look forward to hearing from you at your convenience.

Sincerely,

Dr. James P. McIntyre
Senior Vice President

JPM:deg



# BOSTON COLLEGE

OFFICE OF THE SENIOR VICE PRESIDENT

August 28, 2000

Mr. Adrian Cummings
Shannon Oaks Hotel and Country Club
Portumna
Co. Galway
Ireland

Dear Adrian:

    Sean Rowland just called me from Dublin to let me know that he is recommending you highly for one of his programs. He told me that I would be hearing directly from ~~Senator~~ Sarah McDonald regarding this.

    He also said that he would plan on being in touch with you in the very near future.

    Congratulations on your success! I'll look forward to hearing from you at your convenience.

                                        Sincerely,

                                        Dr. James P. McIntyre
                                        Senior Vice President

JPM:deg



# BOSTON COLLEGE

OFFICE OF THE SENIOR VICE PRESIDENT

August 28, 2000

Mr. Solomon D. Trujillo
Chairman, CEO & President
US West, Inc.
1801 California Street, 52nd Floor
Denver, CO 80202

*[handwritten note: Check on this... US West merged w/ Qwest & Sol may have already left the Co... if so, send home]*

Dear Sol:

    I just learned from our housing office that Triana has been placed in Voute Hall, one of our most attractive dorms on Commonwealth Avenue. I do hope that this is satisfactory to you and to her.

    If your travels bring you to Boston, I would be flattered to hear from you, so we would have an opportunity to get together briefly.

    Please do not hesitate to let me know if I can be of further assistance to you in any way.

    Assuring you of my gratitude for your kindness and generosity to me and to the University, I remain

                                 Sincerely,

                                   Dr. James P. McIntyre
                                   Senior Vice President

JPM:deg

BROCK HOUSE, 78 COLLEGE ROAD, CHESTNUT HILL, MASSACHUSETTS 02467-3837
TEL 617-552-3246 FAX 617-552-8084