UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DOROTHY GUINAN, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | C.A. NO.: 05-10805DPW |
| | ) | |
| BOSTON COLLEGE, JAMES P. | ) | |
| MCINTYRE, and TRACEY LAPAN, | ) | |
|     Defendants. | ) | |
| _____ | ) | |

## NOTICE OF WITHDRAWAL

NOW COMES Patrick Tracy respectfully requests this Court withdraw his appearance as attorney for the Plaintiff, in the above-captioned matter.  As grounds therefor, counsel states that Matthew W. Perkins, Esquire, of Lecomte, Emanuelson and Doyle has filed an appearance on behalf of the Plaintiff.


/S/ Patrick K. B. Tracy
Patrick K.B. Tracy
BBO No. 501340
55 Court Street, Suite 510
Boston, MA  02108


Dated: June 21, 2006