UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
DOROTHY GUINAN,                 )
     Plaintiff,                 )
                                )
                                )         CIVIL ACTION NO.
          v.                    )         05-10805-DPW
                                )
BOSTON COLLEGE, JAMES P.        )
MCINTYRE, and TRACEY LAPAN,     )
     Defendants.                )
```

**JUDGMENT**

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order issued on September 29, 2006, granting the Defendant's Motion for Summary Judgment, it is hereby ORDERED, ADJUDGED AND DECREED:

**Judgment for the Defendant against the Plaintiffs.**

BY THE COURT,

/s/ Michelle Rynne
Deputy Clerk

DATED: September 29, 2006